MARTIN FEUER et al., Respondents, *v.* CHARLES W. BRENNING,
Individually and as Town Superintendent of Highways of
the Town of Cortlandt, et al., Appellants.

Argued November 18, 1952; decided January 8, 1953.

*Robert E. Dempsey* and *Bartholomew A. Moynahan* for appellants.

*Myle J. Holley* and *Robert F. Barrett* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.